JS 44 (Rev. 3/99)                                    **CIVIL COVER SHEET**                                    APPENDIX H

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

BANZAI, INC.

**DEFENDANTS**

BAIN CAPITAL, LLC, a limited liability company, BRODER BROS., CO., ALPHA SHIRT COMPANY, a corporation, and NES CLOTHING COMPANY

(b) County of Residence of First Listed Plaintiff __Chester Cty., PA__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed __Boston, MA__
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

James A. Wells, Esquire, Haines & Associates,
1835 Market Street, Suite 2420, Philadelphia, PA
215-246-2200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury—Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act |  |  | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
|  |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |  |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act |  |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 U.S.C. §101, et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ In excess of $150,000

CHECK YES only if demanded in complaint

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 2/20/08

SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT     APPENDIX F

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __SEE ATTACHED__

Address of Defendant: __SEE ATTACHED__

Place of Accident, Incident or Transaction: __Copyright infringement in various locations, including the Eastern District of Pennsylvania__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))___     Yes☐ No☒

Does this case involve multidistrict litigation possibilities?     Yes☐ No☒

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes☐ No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes☐ No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes☐ No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*
I, __James A. Wells, Esquire__, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __February 20, 2008__    _____Attorney-at-Law_____    __72941__ Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __February 20, 2008__    _____Attorney-at-Law_____    __72941__ Attorney I.D.#

CIV. 609 (4/03)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BANZAI, INC.
417B Boot Road
Downingtown, PA 19335
                Plaintiff,

    v.

BAIN Capital, LLC
111 Huntington Avenue
Boston, MA 02199,

BRODER BROS., CO.
Six Neshaminy Interplex
Trevose, PA 19053,

ALPHA SHIRT COMPANY
Six Neshaminy Interplex
Trevose, PA 19053,

NES CLOTHING COMPANY
Six Neshaminy Interplex
Trevose, PA 19053
                Defendants.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BANZAI, INC. | : |
| | : |
| Plaintiff, | : C.A. No. 08-CV-_____ |
| | : |
| v. | : |
| | : |
| BAIN Capital, LLC, a limited liability company, BRODER BROS., CO., a corporation, ALPHA SHIRT COMPANY, a corporation, and NES CLOTHING COMPANY | : **JURY TRIAL DEMANDED** |
| | : |
| Defendants. | : |

**CASE MANAGEMENT TRACK DESIGNATION FORM**

(e) Special Management - Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( X )

Date: February 20, 2008

*[signature]*
CLIFFORD E. HAINES (PA 09882)
JAMES A. WELLS (PA 72941)
(215) 246-2200
(215) 246-2211
chaines@haines-law.com
jwells@haines-law.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BANZAI, INC. | : |
| | : |
| Plaintiff, | :  C.A. No. 08-CV-_____ |
| | : |
| v. | : |
| | : |
| BAIN Capital, LLC, a limited liability company, BRODER BROS., CO., a corporation, ALPHA SHIRT COMPANY, a corporation, and NES CLOTHING COMPANY | :  **JURY TRIAL DEMANDED** |
| | : |
| Defendants. | : |

## DISCLOSURE STATEMENT FORM

The nongovernmental corporate party, Bonzai, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Date:   February 20, 2008

*[signature]*
CLIFFORD E. HAINES
JAMES A. WELLS
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BANZAI, INC. | : |
| Plaintiff, | : C.A. No. 08-CV-_____ |
| v. | : |
| BAIN CAPITAL, LLC, a limited liability company, BRODER BROS., CO. a corporation, ALPHA SHIRT COMPANY, a corporation, and NES CLOTHING COMPANY | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

**COMPLAINT ALLEGING COPYRIGHT INFRINGEMENT**

NOW COMES the Plaintiff, Banzai, Inc., by and through its undersigned counsel, to file this copyright infringement action under the Copyright Act of the United States, 17 U.S.C. § 101, et seq., for violations and infringement of its intellectual property, including its registered and common law copyrighted works, and in support thereof Plaintiff states as follows:

**JURISDICTION AND VENUE**

1. Plaintiff Banzai, Inc. ("Banzai") is a Pennsylvania corporation engaged in the business of designing and distributing garments for the imprintable sportswear industry with a principle place of business at 417B Boot Road, Downingtown, PA 19335.

2. Defendant Bain Capital, LLC ("Bain") is a Massachusetts Limited Liability Company with a principle place of business at 111 Huntington Avenue, Boston, MA 02199. It is believed and therefore averred that Bain acquired Defendant Broder Bros, Co. in 2000

and that Bain is engaged in the business of designing, manufacturing, marketing, selling and/or distributing garments for the imprintable sportswear industry and regularly conducts such business in the Commonwealth of Pennsylvania.

3. Defendant Broder Bros., Co. ("Broder Bros.") is a Michigan Corporation engaged in the business of designing, manufacturing, marketing, selling and/or distributing garments for the imprintable sportswear industry and regularly conducts such business in the Commonwealth of Pennsylvania at Six Neshaminy Interplex, Trevose, PA 19053. It is believed and therefore averred that Broder Bros. acquired Defendant Alpha Shirt Company in 2003 and is the owner of Defendant NES Clothing Company.

4. Defendant Alpha Shirt Company ("Alpha") is a Pennsylvania Corporation engaged in the business of designing, manufacturing, marketing, selling and/or distributing garments for the imprintable sportswear industry with a principle place of business at Six Neshaminy Interplex, Trevose, PA 19053.

5. Defendant NES Clothing Company ("NES") is a Pennsylvania company or other business entity engaged in the business of designing, manufacturing, marketing, selling and/or distributing garments for the imprintable sportswear industry with a principle place of business at Six Neshaminy Interplex, Trevose, PA 19053.

6. This Court has original and exclusive subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331, relating to federal question matters; and pursuant to 28 U.S.C. § 1338(a), relating to copyright matters.

7. Venue is proper in this district under 28 U.S.C. § 1391 and § 1400, as acts of infringement have occurred in this district and all defendants located in the Commonwealth of

Pennsylvania and conduct substantial sales or other business in the Commonwealth of Pennsylvania.

## FACTS

8. In 2003, Banzai created fabric designs entitled "USA Ultra Spiral Design" and "Orange Ultra Spiral Design" (the "Copyrighted Works").

9. The Copyrighted Work "USA Ultra Spiral Design" is the subject of United States copyright registration no. VA 1-395-643, which was registered by the United States Copyright Office on January 29, 2007. A copy of said copyright registration is attached as Exhibit "A."

10. The Copyrighted Work "Orange Ultra Spiral Design" is the subject of United States copyright registration no. VA 1-395-644, which was registered by the United States Copyright Office on January 29, 2007. A copy of said copyright registration is attached as Exhibit "B."

11. In 2004, the President of Banzai, Louis Marks, met and exchanged communications with Defendants' representative, Tracie Hopkins.

12. The materials provided by Mr. Marks to Ms. Hopkins included physical samples and a brochure entitled "Tie Dye 2004." This brochure contained the Copyrighted Works among other designs.

13. Ms. Hopkins thereafter sent blank t-shirts to Mr. Marks to be tie dyed. Mr. Marks tie dyed the t-shirts to depict the Copyrighted Works, among other designs, and returned them to Ms. Hopkins.

`Case 2:08-cv-00813-MSG   Document 1   Filed 02/20/08   Page 9 of 17`

14. After Mr. Marks reviewed the Banzai designs, including the Copyrighted Works, with Ms. Hopkins, and despite her initial interest, Ms. Hopkins advised Mr. Marks on or about August 23, 2004 that Defendants were not interested in any of the Banzai designs.

15. Defendants thereafter published catalogues marketing for sale and distribution various fabric designs substantially similar to the Copyrighted Works, including but not limited to designs described as C1966 Authentic Pigment Tie-Dyed Cotton Men's Tee, C1966 Tie-Dyed Tee and/or DW520 Desert Wash Tie-Dye ("The Infringing Works").

16. Defendants had access to the Copyrighted Works prior to the manufacture, marketing, sale and distribution of the Infringing Works.

17. The Infringing Works are substantially similar to the Copyrighted Works in numerous respects, including, but not limited to, their design, color, technique and pattern.

18. Defendants engaged in and continue to engage in the manufacture, marketing, distribution, sale and/or license of the Infringing Works without Banzai's authorization or permission.

## COUNT I – COPYRIGHT INFRINGEMENT

19. The allegations set forth in the foregoing paragraphs are incorporated herein by reference.

20. Plaintiff Banzai complied in all respects with the Copyright Act of the United States, 17 U.S.C. § 101, et seq., and all other laws governing copyright and has exclusive rights and privileges in and to the Copyrighted Works.

21. Defendants' acts of manufacturing, marketing, distribution, sale and/or license of the Infringing Works constitute willful, intentional and ongoing infringement of Plaintiff's exclusive rights and privileges in the Copyrighted Works.

22. Defendants infringing conduct was made and continues to be made without Plaintiff's knowledge and without Plaintiff's authorization or permission.

23. As a result of Defendants' willful, intentional and ongoing infringement, Plaintiffs have suffered and will continue to suffer irreparable damage.

WHEREFORE, Plaintiff demands the following relief:

(a) A judgment that Defendants intentionally and willfully infringed the copyrights of Plaintiff pursuant to 17 U.S.C. § 501;

(b) An award in favor of Plaintiff and against Defendants, jointly and severally, of Plaintiff's actual damages and profits of the Defendants pursuant to 17 U.S.C. § 504(b), or, in the alternative, an award of statutory damages pursuant to 17 U.S.C. § 504(c);

(c) An award in favor of Plaintiff for costs and reasonable attorney's fees pursuant to 17 U.S.C. § 505; and

(d) Such other and further relief as this Court may deem just and proper.

Respectfully submitted,

/s/ Clifford E. Haines
CLIFFORD E. HAINES  (PA 09882)
Email:  chaines@haines-law.com

/s/ James A. Wells
JAMES A. WELLS  (PA 72941)
Email:  jwells@haines-law.com

Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, PA 19103
Telephone:  215-246-2200
Fax:    215-246-2211
Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all issues.

/s/ James A. Wells
Clifford E. Haines
James A. Wells
Attorneys for Plaintiff

Dated: February 20, 2008

6

# EXHIBIT "A"

PLAINTIFF'S EXHIBIT A

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts

REG: VA 1-395-643



EFFECTIVE DATE OF REGISTRATION

JAN 29 2007
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: USA ULTRA SPIRAL DESIGN
Nature of This Work ▼ See instructions: FABRIC DESIGN

Previous or Alternative Titles ▼: 101542

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼: N/A

If published in a periodical or serial give: Volume ▼ _ Number ▼ _ Issue Date ▼ _ On Pages ▼ _

**2 a** NAME OF AUTHOR ▼: BANZAI, INC.
DATES OF BIRTH AND DEATH
Year Born ▼ N/A  Year Died ▼ N/A

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
Author's Nationality or Domicile: Citizen of _ / Domiciled in UNITED STATES
Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼: N/A
Dates of Birth and Death
Year Born ▼ _  Year Died ▼ _

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
Author's Nationality or Domicile: Citizen of _ / Domiciled in _
Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed: 2003 Year (in all cases)
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published. Month MARCH Day 08 Year 2004
Nation UNITED STATES

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BANZAI, INC.
417B BOOT RD
DOWNINGTOWN, PA 19335

APPLICATION RECEIVED
JAN 29 2007
ONE DEPOSIT RECEIVED
JAN 29 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
N/A

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | FORM VA |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ N/A   Year of Registration ▼ N/A

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**6**
a

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

N/A

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

BANZAI, INC   ATTN: LOUIS MARKS
417B BOOT RD
DOWNINGTOWN, PA 19335

b

Area code and daytime telephone number (610) 873-9710       Fax number (610) 873-6882
Email LOUIS@WEBDYES.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  BANZAI, INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

LOUIS MARKS                                                       Date  1/16/07

Handwritten signature (X) ▼
X _____

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ BANZAI, INC |
| --- | --- |
| | Number/Street/Apt ▼ 417B BOOT ROAD |
| | City/State/ZIP ▼ DOWNINGTOWN, PA 19335 |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ♲ Printed on recycled paper                                      U.S. Government Printing Office: 2003-496-605 / 60,029

# EXHIBIT "B"

**PLAINTIFF'S EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG. VA 1-395-644

EI

JAN 29 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼: ORANGE ULTRA SPIRAL DESIGN
Nature of This Work ▼ See Instructions: FABRIC DESIGN
Previous or Alternative Titles ▼: 101548

Publication as a Contribution: N/A
If published in a periodical or serial give: N/A

**2** NAME OF AUTHOR ▼
a  BANZAI, INC
Dates of Birth and Death: Year Born N/A  Year Died N/A
Was this contribution to the work a "work made for hire"? ☒ Yes  ☐ No
Author's Nationality or Domicile: Domiciled in UNITED STATES
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

Nature of Authorship:
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b  Name of Author: N/A
Dates of Birth and Death: N/A

**3** Year in Which Creation of This Work Was Completed: 2003
Date and Nation of First Publication of This Particular Work: Month MARCH  Day 08  Year 2004
Nation: UNITED STATES

**4** COPYRIGHT CLAIMANT(S):
BANZAI, INC
417B BOOT RD
DOWNINGTOWN, PA 19335

APPLICATION RECEIVED: JAN 29 2007
ONE DEPOSIT RECEIVED: JAN 29 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer: N/A

MORE ON BACK ▶
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ N/A   Year of Registration ▼ N/A

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**6** a

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

N/A

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

BANZAI, INC   ATTN: LOUIS MARKS
417B BOOT RD
DOWNINGTOWN, PA 19335

b

Area code and daytime telephone number  (610) 873-9710       Fax number  (610) 873-6882
Email  LOUIS@WEBDYES.COM

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of  BANZAI, INC
                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
LOUIS MARKS                                Date  1/16/07

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:

Name ▼
BANZAI, INC

Number/Street/Apt ▼
417B BOOT RD

City/State/ZIP ▼
DOWNINGTOWN, PA 19335

**9**

- Complete all necessary spaces
- Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ♻ Printed on recycled paper                              U.S. Government Printing Office: 2003-496-605/60,029