**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BANZAI, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 08-813** |
| | : | |
| **BRODER BROS., CO.** | : | |

## ORDER

**AND NOW**, this   7th   day of May, 2009, upon consideration of Defendant's Motion for Summary Judgment (docket no. 14), and all responses thereto, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.  It is **FURTHER ORDERED** that the U.S. Copyright Office is directed to cancel copyright Registration Nos. VA 1-395-643 and VA 1-395-644.  It is **FURTHER ORDERED** that Defendant shall submit a bill of costs setting forth its costs and reasonable attorneys' fees within ten (10) days of the date of docketing of this Order, and Plaintiff may submit a response, if any, within ten (10) days of docketing of the bill.

**BY THE COURT:**


 S/ BRUCE W. KAUFFMAN
 **BRUCE W. KAUFFMAN,  J.**